1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ADAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant. | Case No.: SACV12-01273-JVS (ANx)<br><br>Assigned for all purposes to:<br>Hon. James V. Selna<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

After considering the Stipulation for Dismissal with prejudice between Plaintiff Joey Adams ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing, the Court hereby ORDERS that the parties' stipulation is GRANTED.  All of Plaintiff's claims asserted against Experian in this case are dismissed with prejudice on the merits, with each side bearing its own costs.

   IT IS SO ORDERED

Dated: June 18, 2013

_____
Hon. James V. Selna
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Nilab N. Rahyar, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On June 18, 2013, I served, by electronic transmission, a copy of:

**(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| **Stephanie R. Tatar**<br>**TATAR LAW FIRM, APC**<br>**3500 West Olive Avenue, Suite 300**<br>**Burbank, CA 91505**<br>**T: (323) 744-1146**<br>**F: (888) 778-5695**<br>**stephanie@thetatarlawfirm.com** | Attorneys for Plaintiff<br>JOEY ADAMS |

Executed on **June 18, 2013**, at Irvine, California.

                                      */s/ Nilab N. Rahyar*
                                      Nilab N. Rahyar